**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK E. HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:19-cv-01594-JLS-DFMx<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL** |

    Having read the Parties' Stipulation of Voluntary Dismissal, and good cause appearing, the Court hereby dismisses the above-captioned action with prejudice.

    **IT IS SO ORDERED.**

DATED: September 30, 2020

JOSEPHINE L. STATON
_____
*District Judge Josephine L. Staton*